# FINANCIAL PROJECTIONS

## A. *Introduction and Important Cautionary Information*

The following consolidated projections (the "Projections") for Caraustar Industries, Inc. and its various affiliates that are chapter 11 debtors (the "Debtors") are based on forecasts of operating results during the three-year period ending December 31, 2011 (the "Projected Period"). The Projections have been prepared by the Debtors' management, and while management believes that the assumptions underlying the projections for the Projected Period, when considered on an overall basis, are reasonable in light of current circumstances, no assurance can be given or is given that the Projections will be realized. The Projections were not prepared in accordance with standards for projections promulgated by the American Institute of Certified Accountants or the Financial Accounting Standards Board, or with a view to compliance with published guidelines of the Securities and Exchange Commission regarding projections or forecasts. Capitalized terms used in these Projections and not otherwise defined herein have the meanings ascribed to them in the Debtors' Disclosure Statement, to which this Annex is attached.

The Projections have not been audited, reviewed, or compiled by the Debtors' independent auditors. Although presented with numerical specificity, the Projections are based upon a variety of assumptions, some of which have not been achieved to date and may not be realized in the future, and are subject to significant business, litigation, economic, and competitive uncertainties and contingencies, many of which are beyond the control of the Debtors. In addition, unanticipated events and circumstances may affect the actual financial results of the Debtors in the future. Consequently, the Projections should not be regarded as a representation or warranty by the Debtors, or any other person or entity, that the Projections will be realized.

**THEREFORE, WHILE THE PROJECTIONS ARE PRESENTED FOR THE PROJECTED PERIOD, ACTUAL RESULTS MAY VARY FROM THE PROJECTED RESULTS AND MAY BE MATERIAL. NO REPRESENTATION, GUARANTY, OR WARRANTY CAN BE MADE OR IS MADE WITH RESPECT TO THE ACCURACY OF THE PROJECTIONS OR THE ABILITY OF THE DEBTORS TO ACHIEVE THE PROJECTED RESULTS.** Creditors and other interested parties should see Section X of the Disclosure Statement titled "RISK FACTORS" for a discussion of certain factors that may affect the future financial performance of the Debtors and/or Reorganized Debtors, and should discuss the Projections with their own financial and legal advisors.

The Projections contain forward-looking statements within the meaning of the Securities Act of 1933, as amended, and the Securities Exchange Act of 1934, as amended. Although the Debtors believe the expectations contained in such forward looking statements are reasonable, they can give no assurance that such expectations will prove to be correct. The Debtors' actual results of operations and future financial condition may differ materially from those expressed or

implied in any such forward looking statements as a result of many factors, including factors that may be beyond the Debtors' control.  Factors that could cause or contribute to such differences include, but are not limited to, factors detailed in the Debtors' filings with the Securities and Exchange Commission and the Disclosure Statement, including, but not limited to Section X of the Disclosure Statement titled "RISK FACTORS".

### B.    *General Assumptions*

The following is a summary of the principal assumptions that were used to develop the Projections.

1. The Debtors emerge from Chapter 11 on or before September 30, 2009 in conjunction with the consummation of a Plan of Reorganization consistent with the one contained herein.

2. The Debtors continue to operate four main business segments: (i) Mill Group, (ii) Custom Packaging Group (iii) Industrial and Consumer Products Group and (iv) Recycled Fiber Group.

3. The Debtors' projections do not assume any further plant closures or idles or the acquisition of any new plants.

4. The Debtors used operating results for Fiscal 2007 and 2008, as well as the Debtors' Fiscal 2009 Budget as bases for projecting results for Fiscal 2010 and 2011.

5. The projections do not include the basic principles of "fresh start" accounting, which would be implemented following the confirmation of the Plan of Reorganization.  The balance sheet contained herein does however present a pro-forma capital structure based on the restructuring proposed by the Plan of Reorganization.

### C.    *Key Assumptions Underlying Projections*

The following section contains an overview of key assumptions underlying the Debtors' projections.

1. Net Sales – The projections assume volume and pricing inline with Management's expectations for 2009 with no significant economic rebound projected in 2010 or 2011.

2. Costs of Goods Sold – Costs include segment level operating expenses for the four operating segments on a go-forward basis. The projections have been adjusted to give effect to expected inflationary increases in prices and variable costs. Wage and fixed cost inflation is assumed to be 2.0%. Cost also includes pension expense for manufacturing employees.

3. Depreciation – Depreciation and amortization expense was projected based on the current depreciation and amortization schedules. Actual amounts subject to following the application of fresh start accounting.

4. Restructuring and Impairment Costs – Comprised of restructuring costs related to past plant closures, as well as professional fees and expenses.

5. Interest Expense – Interest expense is comprised of the estimated interest and fees associated with the reorganized capital structure, including the exit financing facility and the New Secured Notes. Assumes all interest and fees are paid in cash when due.

6. Income Taxes – The Projections assume a 33% effective tax rate throughout the Projected Period.

7. Working Capital – Working capital has been forecast based upon the Debtors' experience and expectations regarding operations post-consummation. The Projections assume the reorganized Debtors are able to return to normalized trade terms with vendors who reduced trade credit over concerns regarding the maturity of the Senior Notes.

8. Capital Expenditures – Projected capital expenditures include routine maintenance and upgrade capital expenditures related to the operating manufacturing plants and corporate offices.

9. Other Bonds – The Debtors currently have $8.2 million in other bonds, consisting of the $4.7 million Sprague Bond and $3.5 million Crane Bond. Both bonds are assumed to be unimpaired.

10. Underfunded Pension – The underfunded pension liability is projected to increase based on pension expense each year and decrease based on cash contributions. Pension expense and contribution estimates have been based on 3rd-party actuarial information.

D. *Debtors' Projections*

The Debtors' Pro-Forma Consolidated
Projected Income Statements
For Fiscal Years Ending December 31, 2009 through 2011
*(Dollars in thousands)*

|  | 2009 | 2010 | 2011 |
|---|---:|---:|---:|
| **Net Sales** | $ 715,719 | $ 720,130 | $ 723,441 |
| Cost of Goods Sold | 592,332 | 598,654 | 599,918 |
| Depreciation & Amortization | 17,413 | 17,413 | 17,413 |
| Selling, General and Administrative | 96,384 | 96,045 | 95,884 |
| Restructuring & Impairment Costs | 18,359 | 3,227 | 3,227 |
| (Loss) Income from Operations | (8,770) | 4,791 | 6,998 |
| Interest expense | (10,392) | (8,123) | (7,989) |
| Interest income | 320 | 80 | 64 |
| Other, net | 396 | 399 | 401 |
| Earnings Before Tax, Extr. Items | (18,446) | (2,854) | (526) |
| Benefit (provision) for income taxes | 6,087 | 942 | 174 |
| **Net Income** | $ (12,359) | $ (1,912) | $ (353) |
| *EBITDA Reconciliation* | | | |
| Adjustments: | | | |
| Provision for Income Taxes | $ (6,087) | $ (942) | $ (174) |
| Interest Expense, Net | 10,072 | 8,043 | 7,925 |
| Depreciation and Amortization | 17,413 | 17,413 | 17,413 |
| Other Income, net | (396) | (399) | (401) |
| Restructuring Costs (Cash and Non-Cash) | 18,359 | 3,227 | 3,227 |
| **Business Plan EBITDA** | $ 27,002 | $ 25,432 | $ 27,639 |
| Pension | 13,589 | 12,155 | 10,316 |
| **EBITDAP (EBITDA + Pension Expense)** | $ 40,591 | $ 37,587 | $ 37,955 |

The Debtors' Pro-Forma Consolidated
Projected Balance Sheet
As of December 31, 2009 through 2011
*(Dollars in thousands)*

|  | 2009 | 2010 | 2011 |
|---|---:|---:|---:|
| **Assets:** | | | |
| Cash and Cash Equivalents | $ 12,500 | $ 15,355 | $ 13,988 |
| Accounts Receivable | 55,370 | 56,473 | 56,679 |
| Inventory | 45,517 | 46,280 | 46,397 |
| Cur. Def. Tax Assets and Ref. Income Taxes | 6,087 | 7,029 | 7,203 |
| Other Current Assets | 7,084 | 7,084 | 7,084 |
| Current Assets | 126,558 | 132,221 | 131,351 |
| Property, Plant,& Equipment - Net | 213,526 | 208,112 | 202,699 |
| Goodwill | (69,975) | (69,975) | (69,975) |
| Intangible Assets | 4,264 | 3,440 | 2,924 |
| Other Assets | 4,857 | 4,857 | 4,857 |
| Non-Current Assets | 152,672 | 146,435 | 140,505 |
| **Total Assets** | $ 279,230 | $ 278,655 | $ 271,856 |
| **Current Liabilities:** | | | |
| Accounts Payable | 39,908 | 43,474 | 43,585 |
| Accrued Interest | 100 | 100 | 100 |
| Accrued Compensation | 11,233 | 11,233 | 11,233 |
| Other Accrued Liabilities | 17,376 | 17,283 | 17,256 |
| Income Taxes Payable | 3,198 | 3,198 | 3,198 |
| **Total Current Liabilities** | 71,814 | 75,289 | 75,372 |
| Exit Revolver Facility | - | - | - |
| New Secured Notes | 61,964 | 61,964 | 59,857 |
| Sprague Bonds | 4,700 | 4,700 | 4,700 |
| Crane Notes | 3,500 | 3,500 | 3,500 |
| Total Interest Bearing Debt | 70,164 | 70,164 | 68,057 |
| Pension Liability | 82,558 | 81,300 | 76,878 |
| Other Non-Current Liabilities | 14,519 | 13,640 | 13,640 |
| Other Non-Current Liabilities | 97,077 | 94,940 | 90,518 |
| **Total Liabilities** | $ 239,055 | $ 240,393 | $ 233,946 |
| **Shareholders Equity** | 40,174 | 38,262 | 37,910 |
| **Total Liabilities and Equity** | $ 279,229 | $ 278,655 | $ 271,856 |

The Debtors' Pro-Forma Consolidated
Projected Statement of Cash Flows
For Fiscal Years Ending December 31, 2009 through 2011
*(Dollars in thousands)*

|  | 2009 | 2010 | 2011 |
|---|---:|---:|---:|
| **Operating Activities:** | | | |
| Net Income (Loss) | $ (12,359) | $ (1,912) | $ (353) |
| Depreciation and Amortization | 16,797 | 17,413 | 17,413 |
| Changes in Assets and Liabilities | | | |
| Receivables | 1,020 | (1,103) | (206) |
| Inventories | 8,211 | (762) | (118) |
| Cur. Def. Tax Assets and Ref. Income Taxes | (6,087) | (942) | (174) |
| Intangible Assets | 974 | 824 | 516 |
| Accounts payable | 4,427 | 3,567 | 111 |
| Accrued Interest | (1,341) | - | - |
| Other Accrued liabilities | (3,210) | (92) | (28) |
| Pension Liability | 8,288 | (1,258) | (4,422) |
| Other Non-Current Liabilities | (1,786) | (879) | - |
| **Net Cash (Used) Provided by Op. Activities** | **14,934** | **14,855** | **12,741** |
| | | | |
| **Investing Activities:** | | | |
| Purchases of PP&E | (12,000) | (12,000) | (12,000) |
| **Net Cash (Used) Provided by Inv. Activities** | **(12,000)** | **(12,000)** | **(12,000)** |
| | | | |
| **Scheduled Repayment of Debt** | | | |
| Capital Lease Obligation (LT & Cur.) | (12) | - | - |
| Cash Distribution to Existing Shareholders | (2,900) | - | - |
| Excess Cash Flow Sweep | (23,036) | - | (2,108) |
| **Net Cash (Used) Provided by Fin. Activities:** | **(25,947)** | **-** | **(2,108)** |
| | | | |
| Cash at Beginning of Period | 35,514 | 12,500 | 15,355 |
| | | | |
| **Increase (Decrease) in Cash** | **$ (23,014)** | **$ 2,855** | **$ (1,367)** |
| | | | |
| Cash at End of Period | $ 12,500 | $ 15,355 | $ 13,988 |